IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| ANNIE ROBINSON, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No.1:09-00181 PJM |
| PRINCE GEORGE'S COUNTY, MARYLAND, *et al*, | * |
| | * |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION OF DEFENDANT KIM FOR SUMMARY JUDGMENT

Defendant Alex Kim ("this Defendant"), by his undersigned attorney, moves for summary judgment on all claims asserted against him in this case, pursuant to Federal Rule 56. As explained more fully in the Memorandum of Law, filed herewith and incorporated herein, all of the claims asserted in this case against Defendant Kim have been discharged by the United States Bankruptcy Court for the Eastern District of Virginia. Accordingly, Plaintiffs, by law, are not permitted to proceed against him in this case.

WHEREFORE, Defendant Kim moves that judgment be entered in his favor on all claims in this case asserted against him.

*/s/ Kathleen M. McDonald*
Kathleen M. McDonald
Federal Bar No. 00764
Kerr McDonald, LLP
31 Light Street, Suite 400
Baltimore, Maryland 21202
(410) 539-2900

(410) 539-2956 (FAX)
kmcdonald@kerrmcdonald.com

*Counsel for Defendants Alex Kim
and Deok J. Lee*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August, 2009, a copy of the Motion for Summary Judgment of Defendant Kim, and Memorandum of Law, was served, electronically and by first-class mail, postage prepaid, on the following:

Gregory H. Lattimer, Esquire
1200 G Street, N.W., Suite 800
Washington, D.C. 20005
*Counsel for Plaintiffs*

Simon Osnos, Esquire
Osnos & Associates, LLC
7700 Leesburg Pike, #434
Falls Church, VA 22043

*Co-Counsel for Defendants
Alex Kim and Deok J. Lee*

Shelly L. Johnson, Esquire
Associate County Attorney
Office of Law, Room 5121
County Administration Building
Upper Marlboro, MD 20772
*Counsel for Defendants Prince
George's County and Cpl Jenkins*

/s/ *Kathleen M. McDonald*
Kathleen M. McDonald

M9632.wpd